STEVEN L. DERBY, ESQ. (SBN 148372)
CELIA L. McGUINNESS, ESQ. (SBN 159420)
DEBORAH GETTLEMAN, ESQ. (SBN 267309)
DERBY, McGUINNESS & GOLDSMITH, LLP
1999 Harrison St., Suite 1800
Oakland, CA 94612
(510) 987-8778
(510) 359-4414
info@dmglawfirm.com

Attorneys for Plaintiffs
KARLA, HOWARD MADDOX AND A.M.,
a minor by and through her guardian ad Litem
KARLA MADDOX

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
THOMAS W. SCROGGINS (PRO HAC VICE)
tscroggins@constangy.com
STEVEN B. KATZ (SBN 139078)
skatz@constangy.com
2029 Century Park East, Suite 1100
Los Angeles, CA 90067
310.909.7775
424.465.6630

IT IS SO ORDERED
Judge Thomas S. Hixson

Dismissal with prejudice is granted. The Clerk shall close the case.
DATED: 10/19/2020

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA MADDOX, HOWARD MADDOX AND A.M., a minor by and through her Guardian ad Litem KARLA MADDOX<br><br>Plaintiffs,<br><br>v.<br><br>MAXIMUS REAL ESTATE PARTNERS, LTD et al.<br><br>Defendants. | CASE NO. 3:19-cv-06008-TSH<br><br><u>Civil Rights</u><br><br>**NOTICE OF COMPLIANCE AND REQUEST FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Court's Order Approving Compromise (Docket 42), Plaintiffs hereby affirm that the settlement funds in the amount of $7,500 for AM, a minor, have been obtained from Defendant and have been distributed to Plaintiffs KARLA MADDOX and HOWARD MADDOX, her custodial parents.

NOTICE OF COMPLIANCE AND REQUEST FOR DISMISSAL WITH PREJUDICE | 1 | A.M. et al v. Maximus Real Estate Partners, LTD et al.
Case No. 3:19-cv-06008-TSH

6898810v.1

1   IT IS HEREBY STIPULATED by and between by the parties by and through their
2  respective counsel of record, that the above-captioned action, including all parties and claims
3  alleged therein, be and hereby is dismissed with prejudice in accordance with the Federal Rules of
4  Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.
5   Undersigned counsel represent that they are fully authorized by their respective clients to
6  enter into this Stipulation of Dismissal with Prejudice

8  Dated:  October 19, 2020     DERBY, McGUINNESS & GOLDSMITH, LLP

10            /s/ _Steven L. Derby_____
              By Steven L. Derby, Esq.
11            Attorneys for Plaintiffs

13  Dated:  October 19, 2020     CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

14            /s/ _Thomas W. Scroggins_____
              By Thomas W. Scroggins (Admitted PHV)
15            Attorneys for Defendants

NOTICE OF COMPLIANCE AND REQUEST FOR
DISMISSAL WITH PREJUDICE

2

A.M. et al v. Maximus Real Estate Partners, LTD et al.
Case No. 3:19-cv-06008-TSH

6898810v.1

FILER'S ATTESTATION

Pursuant to Local Rules, I hereby attest that on October 19, 2020, I, Steven L. Derby, attorney with Derby, McGuinness & Goldsmith, LLP received the concurrence of all counsel in the filing of this document.

                                     */s/ Steven L. Derby*
                                     By Steven L. Derby, Esq.
                                     DERBY, McGUINNESS & GOLDSMITH LLP

NOTICE OF COMPLIANCE AND REQUEST FOR DISMISSAL WITH PREJUDICE     3     A.M. et al v. Maximus Real Estate Partners, LTD et al.
Case No. 3:19-cv-06008-TSH

6898810v.1